UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

RANDY JOE OWEN                                         CASE NO. 20-10378
CYNTHIA MAE OWEN                                   JUDGE BENJAMIN A. KAHN
4812 PINE GLEN CT
GREENSBORO, NC  27410

      DEBTORS

SSN(1) XXX-XX-9843        SSN(2) XXX-XX-8067        DATE:  01/13/2021

---

## REPORT OF FILED CLAIMS

---

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALLY BANK | $29,829.19 | (V) VEHICLE-SECURED |
| PAYMENT PROCESSING CENTER | INT:  6.25% | |
| P O BOX 78367 | NAME ID: 144507 | ACCT: 8415 |
| PHOENIX, AZ  85062-8367 | CLAIM #: 0006 | COMMENT: 16CHEV |
| AMERICAN EXPRESS NATIONAL BANK | $722.57 | (U) UNSECURED |
| % BECKET & LEE LLP | INT:  .00% | |
| P O BOX 3001 | NAME ID: 170495 | ACCT: 1000 |
| MALVERN, PA  19355 | CLAIM #: 0009 | COMMENT: |
| BANK OF AMERICA | $26,009.06 | (U) UNSECURED |
| P O BOX 15102 | INT:  .00% | |
| WILMINGTON, DE  19886-5102 | NAME ID: 63803 | ACCT: 3702 |
| | CLAIM #: 0010 | COMMENT: |
| CITIBANK NA | $7,815.54 | (U) UNSECURED |
| 6716 GRADE LN BLG 9 STE 910 | INT:  .00% | |
| PY DEPT | NAME ID: 174688 | ACCT: 2325 |
| LOUISVILLE, KY  40213 | CLAIM #: 0017 | COMMENT: HOME DEPOT |
| CITIBANK NA | $1,245.89 | (U) UNSECURED |
| 6716 GRADE LN BLG 9 STE 910 | INT:  .00% | |
| PY DEPT | NAME ID: 174688 | ACCT: 0559 |
| LOUISVILLE, KY  40213 | CLAIM #: 0023 | COMMENT: BEST BUY |
| CONE HEALTH MEDICAL GROUP | $0.00 | (U) UNSECURED |
| P O BOX 650292 | INT:  .00% | NOT FILED |
| DALLAS, TX  75265 | NAME ID: 170263 | ACCT: 1506 |
| | CLAIM #: 0012 | COMMENT: |
| DISCOVER FINANCIAL SVCS LLC | $20,211.51 | (U) UNSECURED |
| P O BOX 3025 | INT:  .00% | |
| NEW ALBANY, OH  43054-3025 | NAME ID: 68710 | ACCT: 7330 |
| | CLAIM #: 0015 | COMMENT: |
| DISCOVER FINANCIAL SVCS LLC | $13,657.99 | (U) UNSECURED |
| P O BOX 3025 | INT:  .00% | |
| NEW ALBANY, OH  43054-3025 | NAME ID: 68710 | ACCT: 0720 |
| | CLAIM #: 0016 | COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10378

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DISCOVER PERSONAL LOANS<br>P O BOX 6105<br>CAROL STREAM, IL  60197 | $6,649.62<br>INT: .00%<br>NAME ID: 112594<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 7156<br>COMMENT: |
| DISCOVER PERSONAL LOANS<br>P O BOX 6105<br>CAROL STREAM, IL  60197 | $33,452.53<br>INT: .00%<br>NAME ID: 112594<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 0245<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0019 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $968.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC |
| JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPT<br>P O BOX 901032<br>FORT WORTH, TX  76101-2032 | $16,132.50<br>INT: 6.25%<br>NAME ID: 152065<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 2104<br>COMMENT: 15SUBA |
| JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPT<br>P O BOX 901032<br>FORT WORTH, TX  76101-2032 | $2,498.71<br>INT: .00%<br>NAME ID: 152065<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 2104<br>COMMENT: SPLIT |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $4,637.21<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 0713<br>COMMENT: |
| MEMBERS CREDIT UNION<br>5995 MUSEUM DR<br>WINSTON SALEM, NC  27105 | $7,891.49<br>INT: .00%<br>NAME ID: 182305<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 8616<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9843<br>COMMENT: OC |
| PENNYMAC LOAN SERVICES LLC<br>P O BOX 2410<br>MOORPARK, CA 93020 | $0.00<br>INT: .00%<br>NAME ID: 174258<br>CLAIM #: 0004 | (S) SECURED<br>DIRECT PAY<br>ACCT: 6572<br>COMMENT: DT, RE RP,DIR,920A |
| PENNYMAC LOAN SERVICES LLC<br>P O BOX 2410<br>MOORPARK, CA 93020 | $0.00<br>INT: .00%<br>NAME ID: 174258<br>CLAIM #: 0020 | (S) SECURED<br>DIRECT PAY<br>ACCT: 6572<br>COMMENT: OC,ARR,DIR,920A |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10378

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| THORNBLADE HOA | $0.00 | (S) SECURED |
| % PRIESTLY MANAGEMENT | INT: .00% | DIRECT PAY |
| P O BOX 4408 | NAME ID: 125141 | ACCT: 1015 |
| GREENSBORO, NC 27404 | CLAIM #: 0005 | COMMENT: ASDU,DIR |
| VERIZON BY AMERICAN INFOSOURCE AS | $471.95 | (U) UNSECURED |
| AGENT | INT: .00% | |
| P O BOX 4457 | NAME ID: 176005 | ACCT: 0001 |
| HOUSTON, TX 77210-4457 | CLAIM #: 0022 | COMMENT: |
| **TOTAL:** | **$172,245.76** | |
| DAMON DUNCAN ESQ | $4,000.00 | ATTORNEY FEE |
| 628 GREEN VALLEY RD STE 304 | | |
| GREENSBORO, NC 27408 | | |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

PAGE 4  -  CHAPTER 13 CASE NO. 20-10378


NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  01/13/2021                                         OFFICE OF THE CHAPTER 13 TRUSTEE

                                                          By:  /s/  Gayle McFarland
                                                               Clerk
                                                               Chapter 13 Office
                                                               500 W FRIENDLY AVE STE 200
                                                               P O BOX 1720
                                                               GREENSBORO, NC  27402-1720

cc:  Debtors
     Attorney for Debtors - Electronic Notice